## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE
## BANGOR DIVISION

**ROBIN BACHELDER,**

     Plaintiff,

     vs.

**PERFORMANT RECOVERY, INC.,
fka DIVERSIFIED COLLECTION
SERVICES, INC.; and DOES 1 through
10, inclusive,**

     Defendant.

Case No.: 1:13-CV-00158-JAW

**STIPULATION OF DISMISSAL WITH
PREJUDICE BETWEEN PLAINTIFF
AND DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, ROBIN BACHELDER, by counsel,

and Defendant, PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION

SERVICES, INC., by counsel, hereby stipulate and agree that Plaintiff's action against

PERFORMANT RECOVERY, INC., fka DIVERSIFIED COLLECTION SERVICES,

INC.; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party

to bear their own costs and attorneys' fees.

DATED: July 19, 2013

RESPECTFULLY SUBMITTED,

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
Jennings Law Office
P.O. Box 161
One Weston Court STE 103B
Augusta, ME 04330-0161
Tel: (207) 623-1632
Fax: (207) 623-5138
dfjlaw@live.com
*Attorney for Plaintiff,*
*Robin Bachelder*

/s/ Robert E. Mittel
Robert E. Mittel, Esq.
Andrew J. Kull, Esq.
MittelAsen LLC
rmittel@mittelasen.com
akull@mittelasen.com
85 Exchange St., 4th FL
Portland, ME 04101-5036
Tel: (207) 775-3101
Fax: (207) 871-0683
*Attorneys for Defendant, Performant
Recovery, Inc., f/k/a Diversified
Collection Services, Inc.*

## CERTIFICATE OF SERVICE

I, Douglas F. Jennings, hereby certify that on the date set out above, I electronically filed

The **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court

using the CM/ECF system which will send notification of such filing(s) to all

counsel of record.

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
Jennings Law Office
P.O. Box 161
One Weston Court STE 103B
Augusta, ME 04330-0161
Tel: (207) 623-1632
Fax: (207) 623-5138
dfjlaw@live.com
*Attorney for Plaintiff,*
*Robin Bachelder*